1  RAYMOND H. HUA (SBN 222466)
     rhua@yukelaw.com
2  MATTHEW H. CONLEY (SBN 304465)
     mconley@yukelaw.com
3  YUKEVICH | CAVANAUGH
   355 S. Grand Avenue. 15th Floor
4  Los Angeles, California 90071-1560
   Telephone: (213) 362-7777
5  Facsimile:  (213) 362-7788
   Email:  eservice@yukelaw.com
6
7  Attorneys for Defendants GARFIELD BEACH CVS, LLC and CVS PHARMACY, INC.
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| GAIL RUBIO, | CASE NO. 5:25-CV-00106-KK-DTB |
| Plaintiff, | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER FOR DISMISSAL** |
| vs. | |
| CVS PHARMACY, INC., a Corporation, GARFIELD BEACH CVS, LLC, a Limited Liability Company, and DOES 1 through 20, Inclusive, | Assigned to Hon. Kenly Kiya Kato<br>Trial Date:   None Set<br>Courtroom:   3 |
| Defendants. | |

Plaintiff Gail Rubio and Defendants CVS Pharmacy, Inc. and Garfield Beach CVS, LLC stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

//
//
//
//

Dated: August 5, 2025

YUKEVICH CAVANAUGH

_\_\_\_\_/s/ Matthew H. Conley_____

Matthew H. Conley
Attorneys for Defendants GARFIELD BEACH CVS, LLC and CVS PHARMACY, INC.

Dated: August 5, 2025

LEWITT HACKMAN

_____

Andrew L. Shapiro
Attorneys for Plaintiff GAIL RUBIO

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that their own attorney's fees and costs. The clerk is directed to close the file.

Dated:

_____
HON. KENLY KIVA KATO
UNITED STATES DISTRICT JUDGE

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

3134341.1                                3                    Case No. 5:25-CV-00106-KK-DTB
STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER FOR DISMISSAL